UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEDIA FORCE LTD.,

                Petitioner,

      -against-

PRECISE LEADS, INC.,

                Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/1/2020_

20 Civ. 4050 (AT) (SDA)

**ORDER**

ANALISA TORRES, District Judge:

On May 26, 2020, Petitioner filed a petition to confirm an arbitration award. ECF No. 1. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is ORDERED that:

1. By **June 29, 2020**, Petitioner shall file and serve a statement pursuant to Local Civil Rule 56.1 and any additional materials with which they intend to support the petition, including memoranda of law, the arbitration award, supporting documents, and any affidavits or declarations attesting that the exhibits are true and correct copies of what they purport to be;

2. By **July 20, 2020**, Respondent shall file its opposition; and

3. By **July 27, 2020,** Petitioner shall file its reply, if any.

IT IS FURTHER ORDERED that by **June 15, 2020**, Petitioners shall serve a copy of the petition and this order upon Respondent by personal service—and, if available, by email—on an officer, director, managing or general agent, or cashier or assistant cashier or to any other agent authorized by appointment or by law to receive service, pursuant to N.Y. C.P.L.R. § 311, and upon the Secretary of State, pursuant to N.Y. Bus. Corp. Law § 306. By **June 19, 2020**, Petitioners shall file an affidavit of such service.

      SO ORDERED.

Dated: June 1, 2020
       New York, New York

                                                      ANALISA TORRES
                                               United States District Judge