**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MEDIA FORCE LTD.,

                Petitioner,           20 **CIVIL** 4050 (AT)

    -against-                            **JUDGMENT**

PRECISE LEADS, INC.,

                Respondent.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 30, 2020, the petition to confirm the Award is GRANTED. Petitioner Media Force's request for reasonable attorneys' fees and costs is DENIED. Judgment is entered against Respondent, Precise Leads, Inc., in the amount of (1) $332,418.42 in unpaid invoices; (2) $13,904.46 in reasonable attorney's fees and costs incurred in connection with the arbitration; (3) $6,172.50 in administrative fees and expenses incurred in connection with the arbitration; (4) prejudgment interest at a rate of nine percent from May 6, 2020 to the date of judgment, in the amount of $18,165.58; and (5) post-judgment interest at the statutory rate; accordingly, the case is closed**.**

**Dated**: New York, New York
       December 1, 2020

                                            **RUBY J. KRAJICK**
                                              **Clerk of Court**
                    **BY:**   *K. Mango*
                                              **Deputy Clerk**